FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-249-JCM-(NJK) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| RANDY LEE WREN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant Randy Lee Wren to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Randy Lee Wren pled guilty. Criminal Information, ECF No. 42; Change of Plea, ECF No. 39; Plea Agreement, ECF No. 44; Preliminary Order of Forfeiture, ECF No. 45.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 24, 2017, through October 23, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 46.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Nextbook Laptop Computer with Charger with serial number YFGV0615194361;
2. AMDA.EDU Thumb Drive (Black and Silver);
3. AT&T Cell Phone with serial number Q4V7NB1182712637;
4. Samsung SGH-A197 Cell Phone with serial number RPDB306465M;
5. Printed Circuit Board from Samsung SGH-A197 Cell Phone Above (item #4)
6. Samsung Cell Phone with serial number A000001E193458;
7. Dell Axim Mobile Computer with serial number 5FFON91;
8. LG Cell Phone with serial number 507CYUK333414;
9. Compaq Presario Computer with serial number 2V96CVJ2W6BT; and
10. LG Cell Phone with serial number 507CQCV167683

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 27th day of Nov., 2017.

_____
UNITED STATES DISTRICT JUDGE